IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00116-CMA

JERRY ALAN DUGWYLER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Christine M. Arguello on October 30, 3015, incorporated herein by reference, it is

    ORDERED that the Commissioner's final order is REVERSED.  It is

    FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff Jerry Alan Dugwyler and against Defendant Carolyn W. Colvin, Acting Commissioner of Social Security.   It is

    FURTHER ORDERED Plaintiff Jerry Alan Dugwyler is awarded his costs to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and

D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

DATED: October 30, 2015

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ V. Barnes
V. Barnes, Deputy Clerk