IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00116-CMA

JERRY ALAN DUGWYLER,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

## ORDER

The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (Doc. 21) , filed January 8, 2016, is **GRANTED**. In consideration thereof, if is

**ORDERED** that Defendant pay to Plaintiff reasonable attorney fees in the amount of $5,250.00. Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010) (holding that EAJA awards are payable to litigants and that EAJA awards are subject to offset by the Treasury Department to satisfy any debts litigants may owe to the Government). Defendant will consider the propriety of directing payment to the attorney pursuant to an assignment, but will do so only after the award has been issued to Plaintiff and the amount of any federal debt owed by Plaintiff is properly offset.

DATED January 11, 2016

                                              BY THE COURT:

                                              _____
                                              Christine M. Arguello
                                              United States District Judge